# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexis Gabrielle Dinsbach,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Candice Harris, et al.,<br><br>　　　　　Defendants. | No. CV-18-03595-PHX-GMS (DMF)<br><br>**ORDER** |

  Pending before the Court is a Motion for Sanctions and Notice of Good Faith Conferral filed by Defendants Maricopa County and Penzone (Doc. 81) and Magistrate Deborah M. Fine's Report and Recommendation ("R&R") (Doc. 88). The R&R recommends that the Court grant the Motion for Sanctions (Doc. 81). The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 7 (citing Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

  The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly

objected to."). The Court will accept the R&R and grant the Motion for Sanctions. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Deborah M. Fine's R&R (Doc. 88) is **accepted**.

2. Defendants' Motion for Sanctions (Doc. 81) is **granted** pursuant to the R&R (Doc. 88).

Dated this 9th day of September, 2020.

_____
G. Murray Snow
Chief United States District Judge