# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexis Gabrielle Dinsbach, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> Candice Harris, et al., <br><br>    Defendants. | **NO. CV-18-03595-PHX-GMS** <br><br> **JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the Jury Verdict filed December 9, 2021, judgment is entered in favor of plaintiff Jay Dinsbach (Guardian on behalf of Alexis Gabrielle Dinsbach) and against defendant Candice Harris in the amount of $ 180,000.00.

    Debra D. Lucas
District Court Executive/Clerk of Court

December 10, 2021

    s/ Rebecca Kobza
By  Deputy Clerk